JUDGE CASTEL   14 CV 2813

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FIFTH STREET PRODUCTIONS, INC.,

        Plaintiff,

v.

HASBRO, INC.,

        Defendant.

---

**RECEIVED APR 18 2014 U.S.D.C. S.D.N.Y. CASHIERS**

**HASBRO, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule of Civil Procedure 7.1.1, Defendant Hasbro, Inc. ("Hasbro") hereby advises the Court, by and through its undersigned counsel, that Hasbro has no parent corporation or publicly held corporation owning more than 10% of Hasbro's stock.

Dated: April 18, 2014

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
    Robert J. Burns

31 West 52nd Street
New York, New York 10019
Tel: (212) 513-3200
Fax: (212) 385-9010
robert.burns@hklaw.com

*Counsel for Defendant Hasbro, Inc.*